# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140589 & (90)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                  SC: 140589
                                  COA: 284245
                                  Wayne CC: 06-014443-FC

CAROL ANN POOLE,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010 _____

p0621

_____
Clerk